# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 17-6779 FMO (MRWx)** | Date | **January 3, 2018** |
|---|---|---|---|
| Title | **Ascentium Capital, LLC v. Washington Bryan II, M.D., Inc., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order Re: Briefing Schedule**

The court is in receipt of defendant's Motion to Dismiss (Dkt. 37, "Motion") filed on December 22, 2017.  IT IS ORDERED as follows:

1.  Plaintiff's Opposition or Notice of Non-Opposition to defendant's Motion must be filed and served no later than **January 16, 2018.**  Plaintiff is warned that failure to timely file an Opposition to the Motion may result in defendant's Motion being granted in its entirety.  Local Rule 7-12.

2. Defendant shall file and serve a Reply Memorandum no later than **January 30, 2018**.

3.  Unless the court orders otherwise, this case will be deemed submitted, without oral argument, on either:  (a) the day the opposition or notice of non-opposition is filed, or due and not filed; or (b) the day plaintiff's reply is filed, or due and not filed.  The court may order further briefing or other proceedings, at any time, as appropriate.

|   |   |   | 00 | : | 00 |
|---|---|---|---|---|---|
|   |   | Initials of Preparer | | vdr | |